Charlesetta Williams White 6
318-703-1208          Like To Leed
8-4-2023          Filing In Forma Proceed
                                  paues, ic pauese
I Dont Have the Infiral Fee
Dear Tony R. Moore Clerk
OF Court Crime Felony arnson
Caddo parish Sheriff Office
Deputy Sheriff ~~Sgt~~-SGT-Trount
Golf-Population June 14. 2002
OF June 12. 2002 June 13. 2002
Walter Cullins Jr South Caddo
Parish 3007 Gardornia St
Cooper Rd Dr Martin Luther
King Jr. Commuaty S-port
LA 71107 Indent Report 69401
146117 96401- 146117 Mental
146117 Case 222-299 Cadt

RECEIVED
AUG 07 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

Parish Count House 501
Texas St S. port LA 71101
Judge John Mosley Jr.
Caddo parish First Judical
Count First Judical County
Paul Carmouch District Attorney
Bon $ 10.000 None Prisone
I were Not ICE-Detaried
~~Hat~~ No Evidence A Burn Trashcan
Shreveport City Jail 755
Hope St S port LA 71101 June 12 02
12 2002 Sup-Barry Newton
Now LT-Barry Newton
the Indeat Report Is-Ile Cedh

Charlesetta Williams
318 703-1208    8-4-2023
LT- Hamilton Mike Camphbell
12-@ 1234 Texas Ave S. port
LA 71101 Ex. Chief of police
Have Retined & Res. Gn Officer
Hostaman Hitchmiches
Did Not Have probale Cause
False- annest June 14. 2002
S-port City Jail 7SS Hope
St S.port LA 71101 Fingerprinted
I legal Transported By
S port Police Office S-port
City 7SS Hope St S.port
LA 7110, Kindnapping
Federal crime& charge
3 Day stay Sch Jun 12. 2002
June 13 2002 June 14. 2002
A dective of S.P.D.suppose
To Review Evidence& annest
Me of A charge& crime
Felony annson I Did Not
Talk To A Dective Before
leaving June 14. 2002
Booking Fingerprinted
Without A legal Douenment
of annest Fingerprinted.
False annest Kindnapping
I were not stamep Barry Newton

Charleston Williams

318 703-1208

8-4-2023

U.S. District Court Western District of LA Case Name Williams -V- Unknown defendants Case num 3:23-CV-0018-Tad kdm Case no 5:21-CV-3799 Signed By Judge Terry A. Doughty 7-31-5023 CRT Bunting M Federal Bureua of Investigations 860 pierremont Rd S.port LA 71101 Caddo parish Sheriff office Deputy Sheriff WalterCollins Jr South Caddo parish 3007 Gardonria St Cooper Rd Dr Martin Luther King Jr Community S-port LA 71107 pass case 222-299 Judge John moste most mosley Jr 401 Edwards St United Dpt of Justice Justice Sup Senior Resident Agent Special Agent Devctive Louis. M- Rieger III Contract In His Name M-B-Kinner Case 299 Caddo parish Sheriff deputy that Guard In Golf-population SGT-Trount In A Empty Cell 23 hrs Clara Washington Barbara Hall

Charusella Williams
318 703-1208
8-4-2023

Cindy Crites HAWKinS.
HighField. Darby. JeFFerSON
Behavior MAnGement LT. Bench
Custody Board B. m. U.
I Did Not HAve No Write UpS.
three ReCuir B. M.U. B.m.U.
GoiF Population StAFF SeaGent
mitchell CADDO parish SheriFF
CADDO parish SheriFF Barbara
Hall One Write up B.m.U.
GoiF pop B.m.U. Women
MentAL Heath MRS COURSE (OR
Boy pystrie Dr COIIOR For the
St L.S.U. Heath Science
Center MRS counselor Box
Level I Security mentAL
Chris Reed Deputy SheriFF
StAFF SeaGent Black Remove
From GoiF To the mentAL Ward
Female mentAL Heath LT Leach
B-Team Per mentAL A-Team
LT Harp Deputy SheriFF           LOL
July 18- 2002 Count C.C.C.  ForMUM
First D.A Case BlACK-Female      DR.
SheriFF Steve-prator public
                            Kammi
DenFerDer Attorney Attorney WhAtely
I Legal Civih NO. 3.23-CU-982

Charlotte williams
703-1208 318
8-4-2023

Tony R. moore clerk of court
Judge Terry A. Doughty
mAG. Judge Kayla mcclusky
United States c court
July 18. 2002 count Douremant
no charGe of arrest mosley
Wrote At Top OF conner
A mister Incompteht To
Stand Trial Sysotic
Remove From ColF To the
mentAl wand Security Level II
Led-Tron on Body In cell
Chair up To door Shower
DAY Room C.N.N. News
Chanell I were Saunt out
of the state S-yotic Incomptent
To Stand Trail Kindnapping
Cedar view I 6 mth Long-Term
Care Remove To the crminal
Size Ward 4 Social worker
& pysfric Syotic Incomptent
To stand Tr To stand Trail
Long-Term Care Found
Comptent To Stand Trail
Saunt BACK By sheriff
C.C.C. 1101 Formum DR
S-port LA 71101 W.M.H

Charusbe Williams
318 703-1208                     To Appeal
8-4-2023                          A. IFD.
                                  Application mail          ⑥
Court Next DAY From Easter
menta Helt Health System
Jackson Jackson LA
Sentence 18 mths credit with
Time serve To years 4 mths
Filed A Appeal With Federal
Court Building Western
District OF LA United States
District Court 300 Fannin
St S. port LA 71101 Federal
public defender Staff attorney
Pamela R. Mitchell U.S.
marshalls Geriod started
the case From $1000000
Maurrice were the Judge
who open up account $250
Done the Indent Report    closed case
It's Ilega were not Stamped
By Barry Newton Mars
Turn it over To mark L. Hornoby
Ste 1167 who Sign Warrant
denFendants WAHer Collins
Jr 416 Yarbrough St Bossier
City 71111 Chanon Harvey
Address His niece 416
Yarbrough St Bossir
Bossier City 71111

Chakeeta Williams
318 703-1208
8-4-2023
U.S. Marshall Geniode
Guideline the work By
Turn it over To marshalls
1736 East 70th st S. port
LA 71105 C-W-2831 Kelsey
st service process marshall
620 Benton Rd Bossier
City & City 71111 marshalls
OFFice D 620 Benton
Rd Warrant Division
Benton Jail STE 1167
Mark L. Hors Hornsby